UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>GREGORY SLATE, *et al.*,<br><br>       *Defendants*. | 25-cv-2748 (SLS) |

# DEFENDANTS DISTRICT OF COLUMBIA, JANESE BECHTOL, AND SARAH CONNELL'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT

With Plaintiffs' consent, Defendants District of Columbia (the District), Office of the Attorney General Domestic Violence and Special Victims Section Chief Janese Bechtol, and Assistant Attorney General Sarah Connell (collectively, "District Defendants") respectfully move the Court under Fed. R. Civ. P. 6(b)(1) for a five-week extension of time to respond to the Complaint. District Defendants seek an extension because additional time is needed to investigate the allegations in the Complaint, evaluate how to respond to the claims raised in the Complaint, draft an appropriate responsive pleading, and allow for supervisory and client review. A memorandum of points and authorities in support of this motion and a proposed order are attached.

Date: September 12, 2025                        Respectfully submitted,

                                                                BRIAN L. SCHWALB
                                                                 Attorney General for the District of Columbia

                                                                 CHAD COPELAND
                                                                 Deputy Attorney General
                                                                 Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ David B. Jastrab*
DAVID B. JASTRAB [1048299]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 309-8882
david.jastrab@dc.gov

*Counsel for District Defendants*

## LCvR 7(m) CERTIFICIATION

This certifies that I contacted Plaintiffs *pro se* on September 11, 2025, seeking consent to the relief sought here. Plaintiffs consent to the requested relief.

*/s/ David B. Jastrab*
DAVID B. JASTRAB
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I caused a copy of Defendants District of Columbia, Janese Bechtol, and Sarah Connell's Consent Motion to Extend the Deadline to Respond to the Complaint to be served on Plaintiffs *pro se* via mail at the following address:

Diop Kamau and Tyra Ferrell
9217 Hampton Glen Court
Tallahassee, FL 32312

*/s/ David B. Jastrab*
DAVID B. JASTRAB
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY SLATE, *et al.*, <br><br> *Defendants*. | 25-cv-2748 (SLS) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA, JANESE BECHTOL, AND SARAH CONNELL'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT

With Plaintiffs' consent, Defendants District of Columbia (the District), Office of the Attorney General Domestic Violence and Special Victims Section Chief Janese Bechtol, and Assistant Attorney General Sarah Connell (collectively, "District Defendants") respectfully move the Court under Fed. R. Civ. P. 6(b)(1) for a five-week extension of time to respond to the Complaint, from September 16, 2025, until and including October 21, 2025.

Under Fed. R. Civ. P. (6)(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires." The original deadline has not expired, and good cause supports Defendants' motion.

The District's deadline to answer the Complaint is September 16, 2025.[1] District Defendants request a five-week extension of the September 16 deadline until and including

---

[1] Defendants Bechtol and Connell have not been served and do not waive any argument regarding deficient service.

October 21, 2025, because the Complaint addresses multiple, seemingly unrelated factual circumstances in claims against District actors and non-District actors with whom they are alleged to have conspired. The claims also relate to prior litigation in multiple jurisdictions and the Complaint incorporates 131 pages of exhibits that require review. Accordingly, undersigned counsel requires additional time to investigate Plaintiffs' allegations, confer with the clients, retrieve and review documents related to the allegations, research the applicable law, evaluate how to respond to the claims, draft an appropriate response to the Complaint and accompanying exhibits, and allow sufficient time for supervisory and client review.

   This is District Defendants' first request for an extension of the response deadline. Granting this motion would not affect any other deadlines and no party will be prejudiced, as Plaintiffs consent to the relief sought and there are no other pending deadlines at this time.

   For these reasons, District Defendants respectfully request that the Court grant this motion.

Date: September 12, 2025      Respectfully submitted,

                 BRIAN L. SCHWALB
                 Attorney General for the District of Columbia

                 CHAD COPELAND
                 Deputy Attorney General
                 Civil Litigation Division

                 */s/ Steven N. Rubenstein*
                 STEVEN N. RUBENSTEIN [1013094]
                 Chief, Civil Litigation Division Section V

                 */s/ David B. Jastrab*
                 DAVID B. JASTRAB [1048299]
                 Assistant Attorney General
                 400 6th Street, NW
                 Washington, D.C. 20001
                 (202) 309-8882
                 david.jastrab@dc.gov

*Counsel for District Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIOP KAMAU, *et al.*,

    *Plaintiffs*,

v.

GREGORY SLATE, *et al.*,

    *Defendants*.

25-cv-2748 (SLS)

## ORDER

Upon consideration of District Defendants' Consent Motion to Extend the Deadline to Respond to the Complaint, the memorandum of points and authorities in support thereof, good cause shown, and the entire record, it is this _____ day of _____ 2025, hereby

**ORDERED** that District Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that District Defendants shall answer, move, or otherwise respond to the pleadings, no later than October 21, 2025.

**SO ORDERED**.

_____
SPARKLE L. SOOKNANAN
United States District Judge

Copies to:
Diop Kamau
Tyra Ferrell
9217 Hampton Glen Court
Tallahassee, FL 32312
*Plaintiffs pro se*

David B. Jastrab
Assistant Attorney General
*Counsel for District Defendants*