IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIOP KAMAU** and **TYRA FERRELL**, | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| **GREGORY SLATE, SARAH CONNELL** | ) Civil Action No. 1:25-cv-02748 |
| **(a/k/a SARAH JEWELL),** | ) |
| **JANESE BECHTOL, SARAH BARGER**, and | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| *Defendants.* | ) |

RECEIVED
Mailroom
OCT 17 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

**CLERK'S ENTRY OF DEFAULT**

It appearing from the record that Defendant **Sarah Barger** was duly served with the **summons and complaint** on **September 3, 2025**, by **Deputy Butts** of the **Morgan County Sheriff's Office,** State of West Virginia, who personally encountered Defendant **Barger** at her residence located at **97 Retreat Lane, Berkeley Springs, WV 25411**.

Deputy Butts reports that Defendant Barger **refused to accept service of process when approached at her doorway,** and that the deputy therefore **left the summons and complaint at her doorstep in her presence**. Said service is valid and effective under **Rule 4(e)(2)(A)** and **Rule 4(e)(2)(B)** of the **Federal Rules of Civil Procedure**, and under applicable West Virginia law, as Defendant was personally notified of the documents and refused acceptance.

It further appearing that **more than twenty-one (21) days have elapsed** since the date of valid service, and that Defendant **has failed to plead or otherwise defend** as required by law, **default is hereby entered** against Defendant **Sarah Barger** pursuant to **Rule 55(a)** of the Federal Rules.

Dated: _____

Clerk of Court

By: _____

   Deputy Clerk

**DIOP KAMAU**

**TYRA FERRELL**

**Pro Se Plaintiffs**

**9217 Hampton Glen Court, Tallahassee, FL 32312**
**Email: Diopkamau@policeabuse.com**
**850-566-7960**

RECEIVED
Mailroom
OCT 17 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Date: October 15, 2025

# 1:25-cv-02748-SLS

Clerk of the Court

United States District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Re: Request for Clerk's Entry of Default

Case: Diop Kamau and Tyra Ferrell v. District of Columbia, et al.

Civil Action No. 1:25-cv-00023

Defendant: Sarah Barger

Dear Clerk of Court:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please find enclosed a Request for Clerk's Entry of Default against Defendant Sarah Barger.

As reflected in the attached proof of service, Defendant Barger was duly served on September 3, 2025, by Deputy Butts of the Morgan County Sheriff's Office (West Virginia). The deputy personally encountered Defendant at her residence, and upon her refusal to accept service, left the summons and complaint at her doorstep in her presence.

More than twenty-one (21) days have elapsed since the date of valid service, and Defendant has failed to plead or otherwise defend as required by law.

Enclosed please find:

1. The Request for Clerk's Entry of Default;
2. The Proposed Clerk's Entry of Default Order; and
3. The Proof of Service from the Morgan County Sheriff's Office.

Please file and process this request at your earliest convenience. If there are any issues or additional requirements, I may be reached at the contact information above.

Thank you for your assistance.

Respectfully submitted,

Diop Kamau
Plaintiff, Pro Se