IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIOP KAMAU** and **TYRA FERRELL**, | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| **GREGORY SLATE, SARAH CONNELL** | ) Civil Action No. 1:25-cv-02748 |
| **(a/k/a SARAH JEWELL),** | ) |
| **JANESE BECHTOL, SARAH BARGER,** and | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| *Defendants.* | ) |

[Stamp: RECEIVED Mailroom OCT 17 2025 Angela D. Caesar, Clerk of Clerk U.S. District Court, District of Columbia]

## MOTION FOR LEAVE TO SERVE DEFENDANT GREGORY SLATE BY ALTERNATIVE MEANS

Plaintiffs, Diop Kamau and Tyra Ferrell, respectfully move this Court pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4(d)(1) of the Hawaii Rules of Civil Procedure for an order permitting alternative service on Defendant Gregory Slate. As grounds, Plaintiff states as follows:

1. Despite diligent efforts, Plaintiffs have been unable to personally serve Defendant Gregory Slate at his known residence located at 111 Kahako Street, #B, Kailua, Hawaii 96734.

2. The process server, Shannon Goo, made six separate in-person attempts to serve Defendant between September 6 and September 17, 2025, at varying times of day. Each attempt failed, though neighbors confirmed the Defendant resides at the property. Floodlights and activity consistent with occupancy were observed, yet no one answered the door. A copy of the due diligence affidavit is attached as Exhibit A.

1

3. During these attempts, vehicles registered to Defendant and/or his family were observed at the property, and a box labeled "Campbell Slate" was visible near the garage.

4. The Equal Justice Project, through licensed private investigators, made over fifty (50) telephone calls and sent over fifty (50) emails to Defendant Slate and his counsel in good faith attempts to notify him of this lawsuit. A summary of those communications and Seifert's affidavit are attached as Exhibits B and C.

5. These efforts, combined with Defendant's known pattern of evading service in related litigation in Florida (process server affidavit attached as Exhibit D), demonstrate a clear intent to avoid service and satisfy the reasonable diligence requirement under Federal Rule 4(e)(1) and Hawaii Rule 4(d)(1).

6. Plaintiff therefore requests leave of court to serve Defendant Gregory Slate by the following alternative means reasonably calculated to provide actual notice:

   (a) By certified mail and first-class mail to 111 Kahako Street, #B, Kailua, Hawaii 96734;

   (b) By email to all known addresses associated with Defendant, including greg@gregslate.com and any other addresses discovered during prior correspondence;

   (c) By posting the summons and complaint on the door of the above-referenced property.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Leave to Serve Defendant Gregory Slate by Alternative Means and authorize Plaintiff to complete service by the methods stated above.

Respectfully submitted

This 14th day of October 2025.

**DIOP KAMAU**
_____

**TYRA FERRELL**
_____
**Pro Se Plaintiffs**

9217 Hampton Glen Court, Tallahassee, FL 32312
Email: Diopkamau@policeabuse.com

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2025.

, I caused a true and correct copy of the foregoing complaint with all accompanying exhibits to be served upon the following via U.S. Mail, Email:

1. Sarah Connell

   Assistant Attorney General

   Office of the Attorney General for the District of Columbia

   400 6th Street NW

   Washington, DC 20001


2. Janese Bechtol

   Assistant Attorney General

   Office of the Attorney General for the District of Columbia

   400 6th Street NW

   Washington, DC 20001


3. Gregory Slate

   Address: 111 Kahako St Apt B Kailua, Hawaii 96734


4. Sarah Barger

   Address: 97 Retreat Lane, Berkeley Springs, West Virginia 25411


5. District of Columbia

   Office of the Attorney General for the District of Columbia

   400 6th Street NW

Washington, DC 20001

Respectfully submitted,

_____
Diop Kamau

Plaintiff, Pro Se

_____
Tyra Ferrell

Plaintiff, Pro Se

5