# Exhibits

The Equal Justice Project, through licensed private investigators, made over fifty (50) telephone calls and sent over fifty (50) emails to Defendant Slate and his counsel in good faith attempts to notify him of this lawsuit. A summary of those communications and Investigator Jacob Siefert's affidavit are attached as Exhibits B and C.

Exhibit List:

Exhibit A - Due Diligence Affidavit: Efforts to Serve Gregory Slate at his residence in Kailua, Hawaii.

Exhibit B - Call Log: Summary of 50+ telephone and email contact attempts with Defendant Slate.

Exhibit C - Documentation of Prior Attempts to Serve in the District of Columbia.

## Exhibit A - Due Diligence Affidavit (Hawaii Service Attempts)

[Attached: slate due diligence hi.pdf]

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the District of Columbia

**Diop Kamau, et al.**

        Plaintiff(s),

VS.

**Gregory Slate, et al.**

        Defendant(s).

**Case Number: 1:25-cv-02748**

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312

*342353*

We were requested to provide an affidavit of due diligence for subject(s), **Gregory Slate** on **08/28/2025** at **9:26 AM** at 111 Kahako St., #B, Kailua, HI 96734

The undersigned, swear and affirm that on **September 17, 2025** at **11:05 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Gregory Slate** the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
| --- | --- | --- |
| 09/06/2025-3:00 PM | 111 Kahako St., #B Kailua, HI 96734 | Upon reaching the service address, I discovered that it is a secure gated property. I was able to gain access and knocked on the door but received no answer. A neighbor verified that the subject resides at the address. I observed a gray Honda Civic bearing license plate WBN982 and a black Honda Accord bearing license plate WXT415 parked at the property. A shipped box labeled with the name "Campbell Slate" was in clear view in front of the garage. - Attempted by Shannon Goo |
| 09/07/2025-6:14 PM | 111 Kahako St., #B Kailua, HI 96734 | Upon reaching the service address, I found it to be a secure property. There was no answer at the gate. I gained access and knocked on the door but received no response. The same vehicles were observed parked in the driveway. After I attempted to confirm residency with neighbors, the neighbor texted the residents, but no response was received. - Attempted by Shannon Goo |
| 09/12/2025-7:48 PM | 111 Kahako St., #B Kailua, HI 96734 | Upon reaching the service address, I found the property still secured. I called out repeatedly and knocked on the garage door but received no answer. Flood lights outside the residence turned on, but no one responded. No vehicles were observed in the driveway. - Attempted by Shannon Goo |
| 09/13/2025-7:58 AM | 111 Kahako St., #B Kailua, HI 96734 | Upon reaching the service address, I found the property still secured. I observed a silver Ford sedan parked in front bearing license plate RYP607. After gaining access, I knocked on the door, rang the video doorbell, called out, and honked, but received no response. - Attempted by |


| | | |
|---|---|---|
| | | Shannon Goo |
| 09/14/2025-4:32 PM | 111 Kahako St., #B<br>Kailua, HI 96734 | Upon reaching the service address, I was able to gain access. I received no answer at the gate or the door. I observed two vehicles parked at the residence: a gray Honda Civic bearing license plate WBN982 and a silver Chevrolet sedan bearing license plate WRE500. - Attempted by Shannon Goo |
| 09/17/2025-11:03 AM | 111 Kahako St., #B<br>Kailua, HI 96734 | I attempted to contact the subject by telephone at (808) 375-0197. A male answered and stated that I had the wrong number and that he did not know who the subject was. - Attempted by Shannon Goo |
| 09/17/2025-11:05 AM | 111 Kahako St., #B<br>Kailua, HI 96734 | I attempted to contact the subject by telephone at (808) 375-0198. A male answered the call, said "hello," and immediately hung up when I asked for the subject. I called back, and the call went directly to voicemail. I left a message. - Attempted by Shannon Goo |

_____

**Shannon Goo**
Process Server

Date: 9/24/2025

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:342353



**Exhibit B - Call Log and Email Attempts**

[Attached: calls.pdf]

AFFIDAVIT OF PRIVATE INVESTIGATOR JACOB SIEFERT

I, Jacob Siefert, hereby declare as follows:

1. I am a licensed private investigator with the Equal Justice Project (EJP).

2. I have personal knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

3. Between September 20, 2025, and October 12, 2025, an EJP Automated system monitored by private investigators initiated fifty (50) separate telephone calls to Defendant Gregory Slate at his known phone number 202-907-7526 (50 calls) and (808) 375-0197 (20 calls). Each call was documented as part of our case record. The calls went unanswered.

4. During the same period, EJP sent over fifty (50) emails to Defendant Slate and his attorney, Janakan Theagarajah, using the email addresses greg@gregslate.com, janakan@bellwetherlaw.com, and admin1@bellwetherlaw.io. These emails contained lawful service notifications referencing this case, its docket number, and the summons.

5. None of these efforts produced a response or acknowledgment from Defendant or his attorney.

6. Based on my professional experience, Defendant is intentionally avoiding contact and evading lawful service of process. I certify that these attempts were made in good faith and that the attached email and call records accurately reflect the work of three licensed private investigators employed by this company.

Executed on this 15th day of October 2025, at Tallahassee, Florida.

Signed by:
*Jacob Siefert*
CBCA7FA4B8AD45A...

10/15/2025

Jacob Siefert
Private Investigator, Equal Justice Project
License No. C3400427

## Diop Kamau

**From:** Diop Kamau
**Sent:** Monday, October 13, 2025 8:50 PM
**To:** admin1@bellwetherlaw.io; janakan@bellwetherlaw.com; greg@gregslate.com
**Subject:** Summons call record

The following subpoena notification calls were placed:

- Gregory Slate: 808-375-0197, 202-907-7526,

Timestamp: 2025-10-14T00:50:16.7021526Z
Caller ID: 850-446-5360
System: You are being notified of an attempt to serve a **Lawful Summons**. Please call the number above to arrange for service of process. This email is a record of an attempt at service.

# Emails to Admin01@bellwetherlaw.com from Sep 20, 2025

1. 2025-10-15
2. 2025-10-15
3. 2025-10-15
4. 2025-10-15
5. 2025-10-14
6. 2025-10-14
7. 2025-10-14
8. 2025-10-13
9. 2025-10-13
10. 2025-10-13
11. 2025-10-11
12. 2025-10-10
13. 2025-10-10
14. 2025-10-10
15. 2025-10-09

**Exhibit C - Documentation of Prior Service Attempts in Washington, D.C.**

[Attached: slate dc.pdf]

**Diop Kamau**

| | |
|---|---|
| **From:** | Same Day Process Service, Inc. <thankyou@samedayprocess.com> |
| **Sent:** | Thursday, May 22, 2025 9:10 AM |
| **To:** | Diop Kamau |
| **Subject:** | Status on Your Account#() |
| **Attachments:** | p20250510380510681ecf.jpg; p202505122816566821d4.jpg; p20250521166947682d4f.jpg; p20250521745208682d4f.jpg |

# Status Items

Status on Your Account:
Serve On: Gregory Slate
Court Case: 2025CA809

| Date and Time | Jobnum | Address | Event Type | Photo | Detail |
|---|---|---|---|---|---|
| 05/20/2025 at 1:54 PM | 335701 | 35 Bryant St., NW Washington DC 20001 | Attempt | p20250521745208682d4f.jpg | I called the phone number provided, (202) 907-7526. I left a voicemail, as voicemail kicked in immediately. I left a detailed message with my name, contact information, phone number, date, and call time. |
| 05/20/2025 at 1:47 PM | 335701 | 35 Bryant St., NW Washington DC 20001 | Attempt | p20250521166947682d4f.jpg | Upon arrival, I spoke with the current homeowner and resident, Gert Pretorius. He stated that he did not know the subject, and no mail had been received here addressed to the subject. He said he had owned and resided in this home since August 2024. |

Service Comments:
Additional Message: The current location was found to be a bad address. We would appreciate the opportunity to attempt service on the subject at an alternative address. Please respond with an alternate business or residential address. If you do not have an alternate address, our Skip Trace Investigations Team can attempt to locate one for you! We will provide you with an Affidavit of Due Diligence at the location provided. The document will describe all of our attempts to serve the subject thus far. We will provide an additional Affidavit of Service or Due Diligence subsequent to Skip Tracing the subject. Our proprietary databases filter through billions of records to locate the most logical location to serve your

1

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the Northern District of Florida

**Diop Kamau**

        Plaintiff(s).

vs.

**Gregory A. Slate**

        Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*316558*

**Case Number: 4:24-CV-207-AW/MAF**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Gregory A. Slate on 05/14/2024 at 3:39 PM at 35 Bryant Street NW, Washington, DC 20001**

The undersigned, swear and affirm that on **June 14, 2024 at 5:28 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Gregory A. Slate the Summons in a Civil Action; Complaint for Injunctive Relief and Damages** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 05/20/2024-7:50 PM | 35 Bryant Street NW Washington, DC 20001 | Upon my arrival, I noticed that the address was under renovation. The windows had no blinds, so I was able to see into the home. It appeared to be visibly vacant. I saw construction tools laying all around the home. - Attempted by Rene Rivas |
| 05/23/2024-12:31 PM | 35 Bryant Street NW Washington, DC 20001 | Gregory Slate, the subject, called and is willing to receive the documents; he is currently out of town. The best number for him is 202-907-7526. He said he would call me later while he contacts a co-tenant to accept the legal documents on his behalf. - Attempted by Brandon Snesko |
| 05/23/2024-6:30 PM | 35 Bryant Street NW Washington, DC 20001 | I called the provided number, (202) 907-7526, but I received no answer. I then left a detailed message on his voicemail, but have not received a call back. - Attempted by Cheryl Bingaman |
| 05/24/2024-3:36 PM | 35 Bryant Street NW Washington, DC 20001 | I received a call from the subject at +1 (202) 907-7526. We have to figure out a date and time for himself/co-tenant to receive documents. The subject said the house is under construction, so nobody is there. The subject does not know when he is coming back into town. The subject has to make an appointment with the co-tenant to accept the service. - Attempted by Cheryl Bingaman |
| 06/14/2024-5:28 PM | 35 Bryant Street NW Washington, DC 20001 | I called the subject twice at (202) 907-7526 but the subject did not answer. I then left a detailed message and asked when he would like to meet to receive the documents. - Attempted by Cheryl Bingaman |

**Rene Rivas**
Process Server

**Brandon Snesko**
Process Server

**Cheryl Bingaman**
Process Server

Internal Job ID:316558



Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



```
DIOP KAMAU
8009185760                                    2 LBS           1 OF 1
POLICE ABUSE.COM
9217 HAMPTON GLEN COURT
TALLAHASSEE FL 32312

SHIP TO:
    CLERK OF THE COURT
    333 CONSTITUTION AVENUE, NW, ROOM 1
    ROOM 1225
    WASHINGTON DC 20001
```

MD 201 9-83

UPS 2ND DAY AIR
TRACKING #: 1Z G98 W04 35 1121 6031       2

BILLING: 3RD PARTY
SIGNATURE REQUIRED

XOL 25.09.19    NV45 42.0A 10/2025*

Extremely Urgent