# Exhibit 1

Civil Actions

# Case Summary

### Case No. 2009-CA-005749-B

| | | |
|---|---|---|
| **SLATE, GREGORY ALLEN Vs. KAMAU, DIOP** § § § | Location: | **Civil Actions** |
| | Judicial Officer: | **Josey-Herring, Anita** |
| | Filed on: | **08/07/2009** |

## Case Information

| | | | | |
|---|---|---|---|---|
| File Date 08/07/2009 | | | Case Type: | Civil II |
| **Cause of Action** | **Description/Remedy** | | Subtype: | Complaint for Harassment Filed |
| Complaint for Harassment Filed | Action Complaint for Harassment Filed | | Case Status: | **10/13/2010** **Closed** |
| **Statistical Closures** | | | | 09/18/2009  Closed |
| 10/13/2010  Dismissed by Court | | | | 09/18/2009  Reopen |
| 09/18/2009  Dismissed by Court | | | | 08/07/2009  Open |

## Assignment Information

**Current Case Assignment**
Case Number    2009-CA-005749-B
Court          Civil Actions
Date Assigned  09/18/2009
Judicial Officer  Josey-Herring, Anita

**Previous Case Assignments**
Case Number    2009-CA-005749-B
Court          Civil Actions
Date Assigned  09/18/2009
Judicial Officer  Josey-Herring, Anita
Reason         Case Transferred

## Party Information

*Lead Attorneys*

**Plaintiff**   **Slate, Gregory Allen**          **Pro Se**
                PO BOX 21020                      PO BOX 21020
                WASHINGTON, DC 20009              WASHINGTON, DC 20009

**Defendant**   **Kamau, Diop**                   **Clinton, Timothy R**
                *Also Known As* JACKSON, DON CARLOS   *Retained*
                9217 Hampton Glen Court           202-204-6320(F)
                TALLAHASSEE, FL 32312             202-919-9491(W)
                                                  CLINTON & PEED
                                                  1775 Eye Street NW, Suite 1150
                                                  WASHINGTON, DC 20001
                                                  tim@clintonpeed.com

## Events and Orders of the Court

08/07/2009

Complaint for Harassment Filed
  *Complaint for Harassment Filed Attorney: PRO SE (999999) GREGORY ALLEN SLATE (PLAINTIFF); Receipt: 141706 Date:*

08/07/2009

08/07/2009
**Event Scheduled**
Event Scheduled Event: Initial Scheduling Conference-60 Date: 11/13/2009 Time: 9:30 am Judge: JOSEY-HERRING, ANITA Location: Courtroom 415

08/07/2009
**Motion for Temporary Restraining Order Filed**   (Judicial Officer: Judge In, Chambers)
Motion for Temporary Restraining Order Filed Attorney: PRO SE (999999) GREGORY ALLEN SLATE (PLAINTIFF); Receipt: 141706 Date: 08/07/2009

08/07/2009
**Motion for Preliminary Injunction Filed**   (Judicial Officer: Josey-Herring, Anita)
Motion for Preliminary Injunction Filed Attorney: PRO SE (999999) GREGORY ALLEN SLATE (PLAINTIFF); Receipt: 141706 Date: 08/07/2009

08/07/2009
**Service Issued**
Issue Date: 08/07/2009 Service: Summons Issued Method: Service Issued Cost Per: $ KAMAU, DIOP 1220 L Street NW Ste 100-164 WASHINGTON, DC 20005 Tracking No: 5000067758

08/10/2009
**Event Scheduled**
Event Scheduled Event: Hearing on Temporary Restraining Order Date: 09/02/2009 Time: 10:30 am Judge: JUDGE-IN-CHAMBERS Location: Judge In Chambers, Room 4220

08/10/2009
**Notice of Hearing on Plt's Req for Temp Restraining Order**
Notice of Hearing on Plaintiff's Request for Temporary Restraining Order. Hand Delivered by the Office of the Judge In Chamber on: 08/07/09

08/31/2009
**Affidavit of Service of Summons & Complaint on**
Affidavit of Service of Summons & Complaint on DIOP KAMAU (Defendant);

08/31/2009
**Proof of Service**
Proof of Service Method : Service Issued Issued : 08/07/2009 Service : Summons Issued Served : 08/26/2009 Return : 08/31/2009 On : KAMAU, DIOP Signed By : Reason : Proof of Service Comment : Tracking #: 5000067758

09/01/2009
**Motion to Continue Filed**   (Judicial Officer: Josey-Herring, Anita)
Motion to Continue Filed Attorney: PRO SE (999999) Receipt: 176784 Date: 10/05/2010

09/01/2009
**Order Denying Motion to Continue Entered on the Docket**
Order Denying Motion to Continue signed by judge von kann Entered on the Docket 09/01/09

09/02/2009  **Hearing on Temporary Restraining Order**   (10:30 AM)   (Judicial Officer: Von Kann, Curtis E)
Temporary Restraining Order Hearing Held

09/02/2009
**Event Resulted:**
Event Resulted: The following event: Hearing on Temporary Restraining Order scheduled for 09/02/2009 at 10:30 am has been resulted as follows: Result: Temporary Restraining Order Hearing Held Judge: VON KANN, CURTIS E Location: Judge In Chambers, Room 4220 PLAINTIFF APPEARED BEFORE THE COURT. THE DEFENDANT WAS PERMITTED TO APPEAR VIA SPEAKERPHONE PER JUDGE VON KANN. COURT HEARD TESTIMONY FROM BOTH SIDES AND DETERMINED THAT THE MOTION FOR TEMPORARY RESTRAINING ORDER BE DENIED. THE STATUS HEARING ON THE PRELIMINARY INJUNCTION IS SET FOR 09/18/09 AT 9:30AM BEFORE JUDGE JOSEY-HERRING. GREGORY ALLEN SLATE (PLAINTIFF); DIOP KAMAU (Defendant); ; Judge CURTIS E VON KANN on behalf of Judge ANITA JOSEY-HERRING

09/02/2009
**Event Scheduled**
Event Scheduled Event: Status Hearing on Preliminary Injunction Date: 09/18/2009 Time: 9:30 am Judge: JOSEY-HERRING, ANITA Location: Courtroom 415

09/02/2009

**Civil Actions**
## Case Summary
### Case No. 2009-CA-005749-B

Order Denying Mot for Temp Restraining Order Ent on the Dkt
 *Order Denying Motion for Temporary Restraining Order SIGNED BY JUDGE VON KANN ON 09/02/09 Entered on the Docket 09/02/09 COPIES PROVIDED IN OPEN COURT, COURT MAILED DEFENDANT'S COPY*

09/02/2009
Notice of Hearing on Plt Request for Preliminary Inj
 *Notice of Hearing on Plaintiff's Request for Preliminary Injunction. Hand Delivered by the Office of Judge In Chambers on: 09/02/09*

09/18/2009   **Status Hearing on Preliminary Injunction**   (9:30 AM)   (Judicial Officer: Josey-Herring, Anita)
  *Preliminary Injunction Hearing Held*

09/18/2009
 Order Granting Mot for Prel Inj Entered on the Docket
  *Order Granting Motion for Preliminary Injunction Entered on the Docket*

09/18/2009
Event Resulted:
 *Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 11/13/2009 at 9:30 am has been resulted as follows: Result: Scheduling Conference Hearing Vacated Judge: JOSEY-HERRING, ANITA Location: Courtroom 415*

09/18/2009   Dismissed by Court
  *Dismissed by Court*

09/18/2009
Event Resulted:
 *Event Resulted: The following event: Status Hearing on Preliminary Injunction scheduled for 09/18/2009 at 9:30 am has been resulted as follows: Result: Preliminary Injunction Hearing Held Court Smart 415. Plaintiff present. Defendant on speaker phone. Plaintiff Motion for Preliminary Injunction, Granted, Order filed. Copy of the Order was mailed to Defendant on 9/18/09. Judge: JOSEY-HERRING, ANITA Location: Courtroom 415 GREGORY ALLEN SLATE (PLAINTIFF); DIOP KAMAU (Defendant); ; Judge ANITA JOSEY-HERRING*

09/18/2009   Case Reopened
  *ENTERED IN ERROR*

11/13/2009   **Initial Scheduling Conference-60**   (9:30 AM)   (Judicial Officer: Josey-Herring, Anita)
  *cheduling Conference Hearing Vacated*

07/26/2010
Motion to File:   (Judicial Officer: Josey-Herring, Anita)
 *Plaintiffs Motion for Contempt for Violation of the September 18, 2009 Temporary Injunction Filed Attorney: PRO SE (999999) GREGORY ALLEN SLATE (PLAINTIFF); Receipt: 170979 Date: 07/26/2010*

08/30/2010
 Notice of Hearing Mailed Next Business Day
  *Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 08/30/2010 14:57:56*

08/30/2010
Event Scheduled
 *Event Scheduled Event: Motion Hearing Date: 10/08/2010 Time: 1:00 pm Judge: JOSEY-HERRING, ANITA Location: Courtroom 219*

08/31/2010
Order Setting Motion for Hearing Entered on Docket
 *Order Setting Motion for Hearing for oral arguments relating to Plaintiff's Motion for Contempt. Entered on Docket 8/31/10. Signed by Judge Josey-Herring on 8/31/10. E-filed and or mailed on 8/31/10. CH*

08/31/2010
 Order Sua Sponte to/for: Entered on Docket
  *Order Setting Motions Hearing Signed by Judge Josey-Herring on 08/30/2010. Submitted 08/31/2010 13:42 jhc.*

08/31/2010
Additional eFiling Document to
 *Proof of Service to Order Setting Motions Hearing Signed by Judge Josey-Herring on 08/30/2010. Submitted 08/31/2010 13:42 jhc.*

09/28/2010
Returned Mail:
 *RETURNED: Order Regarding Plaintiff's Motion for Contempt for Violation entered on: August 31, 2010 Mailed to: Kiop Kamau Address: Returned to Court on: September 28, 2010 Reason: Returned to Sender*

Civil Actions
## Case Summary
### Case No. 2009-CA-005749-B

| | |
|---|---|
| 10/05/2010 | **Motion Filed:** (Judicial Officer: Josey-Herring, Anita)<br>*Motion for a Continuance With a Telephonic Hearing Filed: Attorney: PRO SE (999999) DIOP KAMAU (Defendant);* |
| 10/06/2010 | Notice of Hearing Mailed Next Business Day<br>*Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 10/06/2010 13:32:54* |
| 10/06/2010 | Event Scheduled<br>*Event Scheduled Event: Motion Hearing Date: 11/18/2010 Time: 1:00 pm Judge: JOSEY-HERRING, ANITA Location: Courtroom 219* |
| 10/06/2010 | Event Resulted:<br>*Event Resulted: The following event: Motion Hearing scheduled for 10/08/2010 at 1:00 pm has been resulted as follows: Result: Motion Hearing Continued Judge: JOSEY-HERRING, ANITA Location: Courtroom 219* |
| 10/06/2010 | Order Granting Motion to Continue Entered on the Docket<br>*Order Granting Defendant's Motion for Continuance. Entered on the Docket 10/6/10. Signed by Judge Josey-Herring on 10/6/10. E-filed and or mailed on 10/6/6/10. CH* |
| 10/06/2010 | Order Filed<br>*Order GRANTING Defendant's Motion for a Continuance with a Telephonic Hearing signed by J./ Josey-Herring on 10/06/10. submitted 10/06/2010 14:02.rp* |
| 10/06/2010 | Additional eFiling Document to<br>*Proof of Service to Order GRANTING Defendant's Motion for a Continuance with a Telephonic Hearing signed by J./ Josey-Herring on 10/06/10. submitted 10/06/2010 14:02.rp* |
| 10/08/2010 | **Motion Hearing** (1:00 PM) (Judicial Officer: Josey-Herring, Anita)<br>*Motion Hearing Continued* |
| 10/08/2010 | **Motion Filed:** (Judicial Officer: Josey-Herring, Anita)<br>*Plaintiff's Motion to Reconsider Order Granting Defendant's Motion for Continuance with a Telephonic Hearing Filed Attorney: PRO SE (999999) GREGORY ALLEN SLATE (PLAINTIFF); Receipt: 177089 Date: 10/08/2010* |
| 10/13/2010 | Order Denying Motion for Recon Entered on the Docket<br>*Order Denying Motion for Reconsideration Entered on the Docket 10/13/10. Signed by Judge Josey-Herring on 10/13/10. E-filed and or mailed on 10/13/10. CH* |
| 10/13/2010 | Order Filed<br>*Order Denying Motion to Reconsider Filed. Submitted 10/13/2010 16:51. jmv. Signed by Judge Josey-Herring on 10/13/10.* |
| 10/13/2010 | Additional eFiling Document to<br>*Proof of Service to Order Denying Motion to Reconsider Filed. Submitted 10/13/2010 16:51. jmv. Signed by Judge Josey-Herring on 10/13/10.* |
| 10/20/2010 | Praecipe Filed:<br>*Praecipe Motion for Telephonic Hearing Filed. Attorney: PRO SE (999999)* |
| 11/10/2010 | Praecipe to Enter Appearance Filed<br>*Praecipe of Appearance Filed. submitted 11/10/2010 15:52. atm Attorney: RADKAR, SMRUTI V (497453)* |
| 11/17/2010 | **Motion Filed:** (Judicial Officer: Josey-Herring, Anita)<br>*Motion for Contempt Attorney: PRO SE (999999) DIOP KAMAU (Defendant); Receipt: 180462 Date: 11/17/2010* |
| 11/18/2010 | **Motion Hearing** (1:00 PM) (Judicial Officer: Josey-Herring, Anita)<br>*Motion Hearing Held* |
| 11/18/2010 | Miscellaneous Docket<br>*ORAL MOTION TO QUASH THE SUBPOENA OF MR. FEDE, GRANTED* |

Civil Actions

## Case Summary

**Case No. 2009-CA-005749-B**

**11/18/2010**
Exhibit Summary List
    *Exhibit Summary List*

**11/18/2010**
Oral Ruling on Written Motion Entered on the Docket
    *Oral Ruling on Written Motion Entered on the Docket Plaintiffs Motion for Contempt for Violation of the September 18, 2009 Temporary Injunction, held in abeyance.*

**11/18/2010**
Order Granting Mot for Prel Inj Entered on the Docket
    *Order Granting Motion for Preliminary Injunction Entered on the Docket*

**11/18/2010**
Notice of Hearing Mailed Next Business Day
    *Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 11/18/2010 15:44:51*

**11/18/2010**
Event Scheduled
    *Event Scheduled Event: Motion Hearing Date: 12/17/2010 Time: 2:00 pm Judge: JOSEY-HERRING, ANITA Location: Courtroom 219*

**11/18/2010**
Event Resulted:
    *Event Resulted: The following event: Motion Hearing scheduled for 11/18/2010 at 1:00 pm has been resulted as follows: Result: Motion Hearing Held Court Smart 219. Parties present, Defendant via telephonically. Case called before the court for motion hearing. Plaintiffs Motion for Contempt for Violation of the September 18, 2009 Temporary Injunction, held in advance. Oral Motion to Quash the Subpoena of Mr. Fede, granted. Defendant's oral request to play a video, denied. Exhibits returned to Plaintiff in open court. Preliminary Injunction Order filed. Judge: JOSEY-HERRING, ANITA Location: Courtroom 219 GREGORY ALLEN SLATE (PLAINTIFF); DIOP KAMAU (Defendant); ; Judge ANITA JOSEY-HERRING*

**11/18/2010**
Affidavit of Subpoena by Special Process Server:
    *Affidavit of Subpoena by Special Process Server on David Klotnz on 11/10/2010 at 10:17 pm.*

**11/18/2010**
Affidavit of Subpoena by Special Process Server:
    *Affidavit of Subpoena by Special Process Server on Ladonja Watkins Hargrove on 11/10/2010 at 2:36 pm.*

**11/18/2010**
Affidavit of Subpoena by Special Process Server:
    *Affidavit of Subpoena by Special Process Server on Tiffanie Sibert, MPD, 11/9/2010 at 2:47 pm.*

**11/29/2010**
Order Sua Sponte to/for: Entered on Docket
    *Order Sua Sponte regarding the parties contacting chambers. Signed by Judge Josey-Herring and docketed on 11/29/10. E-filed and mailed on 11/29/10. KG*

**12/10/2010**

Order Sua Sponte to/for: Entered on Docket
    *Sua Sponte Order Regarding Conversation with Chambers signed by J/Josey-Herring on 11/29/10. submitted 12/10/2010 13:55. abr*

**12/10/2010**
Additional eFiling Document to
    *Proof of Service to Sua Sponte Order Regarding Conversation with Chambers signed by J/Josey-Herring on 11/29/10. submitted 12/10/2010 13:55. abr*

**12/14/2010**

Motion to Continue Filed    (Judicial Officer: Josey-Herring, Anita)
    *Motion for a Continuance Filed Attorney: PRO SE (999999) PRO SE (Attorney) on behalf of DIOP KAMAU (Defendant) Receipt: 182770 Date: 12/14/2010*

**12/15/2010**

Motion to Quash Service of Process Filed    (Judicial Officer: Josey-Herring, Anita)
    *Motion to Quash and for Protective Order and Memorandum in Support Filed submitted. 12/15/2010 14:49. plt. Attorney: ROCHE, JOHN K (491112) Receipt: 183052 Date: 12/16/2010*

**12/15/2010**  Additional eFiling Document to

Civil Actions
## Case Summary

**Case No. 2009-CA-005749-B**

*Additional eFiling Document to*

12/16/2010
Event Scheduled
   *Event Scheduled Event: Motion Hearing Date: 01/14/2011 Time: 2:35 pm Judge: JOSEY-HERRING, ANITA Location: Courtroom 219*

12/16/2010
Event Resulted:
   *Event Resulted: The following event: Motion Hearing scheduled for 12/17/2010 at 2:00 pm has been resulted as follows: Result: Motion Hearing Continued Judge: JOSEY-HERRING, ANITA Location: Courtroom 219*

12/16/2010
Order Granting Motion to Continue Entered on the Docket
   *Order Granting Motion to Continue Motion Hearing scheduled for December 17, 2010 to January 14, 2011 at 2:30 p.m. Entered on the Docket 12/16/10. Signed byJudge Josey-Herring on 12/16/10. E-filed and or mailed on 12/16/10. CH*

12/16/2010
Order Filed
   *Order that Defendants Motion for a Continuance is GRANTED; and it be Further Ordered that the Motion hearign on December 17, 2010 is Continued to January 14, 2011 at 2:30 p.m.. Signed by Judge Josey-Herring 12/16/2010. Submitted 12/16/2010 13:00. cms.*

12/16/2010
Additional eFiling Document to
   *Proof of Service to Order that Defendants Motion for a Continuance is GRANTED; and it be Further Ordered that the Motion hearign on December 17, 2010 is Continued to January 14, 2011 at 2:30 p.m.. Signed by Judge Josey-Herring 12/16/2010. Submitted 12/16/2010 13:00. cms.*

12/17/2010   **Motion Hearing**  (2:00 PM)  (Judicial Officer: Josey-Herring, Anita)
   *Motion Hearing Continued*

01/12/2011
Praecipe to Enter Appearance Filed
   *Praecipe to Enter Appearance Filed. Submitted 01/12/2011 14:27. ts. Attorney: CLINTON, TIMOTHY R (497901) DIOP KAMAU (Defendant);*

01/13/2011
Praecipe to Withdraw Filed
   *Praecipe to Withdraw Defendant Kamau Motion for Contempt filed 11-17-10 Filed. submitted 01/13/2011 13:55. ksc Attorney: CLINTON, TIMOTHY R (497901) DIOP KAMAU (Defendant);*

01/14/2011   **Motion Hearing**  (2:35 PM)  (Judicial Officer: Josey-Herring, Anita)
   *Motion Hearing Held*

01/14/2011
Oral Ruling on Written Motion Entered on the Docket
   *Oral Ruling on Written Motion Entered on the Docket Motion to Quash and for Protective Order and Memorandum in Support,Granted.*

01/14/2011
Event Resulted:
   *Event Resulted: The following event: Motion Hearing scheduled for 01/14/2011 at 2:35 pm has been resulted as follows: Result: Motion Hearing Held Court Smart 219. Parties present. Motion to Quash and for Protective Order and Memorandum in Support, Granted. Defendants Cross Motion is Withdrawn. Plaintiffs Motion for Contempt for Violation of the September 18, 2009 Temporary Injunction, Denied. Judge: JOSEY-HERRING, ANITA Location: Courtroom 219 GREGORY ALLEN SLATE (PLAINTIFF); ; TIMOTHY R CLINTON (Attorney) on behalf of DIOP KAMAU (Defendant)*

01/14/2011
Oral Ruling on Written Motion Entered on the Docket
   *Oral Ruling on Written Motion Entered on the Docket Plaintiffs Motion for Contempt for Violation of the September 18, 2009 Temporary Injunction, Denied.*

02/18/2015   Affidavit:
   *Affidavit: GREGORY ALLEN SLATE (PLAINTIFF);*

03/11/2015
Affidavit of Service of Summons & Complaint on

Civil Actions

## Case Summary

### Case No. 2009-CA-005749-B

PLAINTIFF SERVED MOTION TO REOPEN FOR FRAUD AND PERJURY Affidavit of Service of Summons & Complaint on GREGORY ALLEN SLATE (PLAINTIFF);

03/17/2015



Motion Filed:    (Judicial Officer: Mott, John M)

*Motion Filed to Reopen for Fraud and Perjury. Attorney: PRO SE (999999) DIOP KAMAU (Defendant); Receipt: 305014 Date: 03/17/2015*

04/27/2015

Order of Recusal Entered on the Docket

*Order of Recusal entered on the docket, signed by Judge Nash and e-filed, , mailed and e-served on parties of record on 4/27/15. awp PENDING MOTION ASSIGNED TO JUDGE MOTT. dcm.*

04/27/2015

Order Filed

*Order Of Recusal Signed by Judge Nash on 4/27/15. Submitted 04/27/2015 10:55. mll*

05/12/2015

Order Denying Motion to Reinstate Case Entered on the Docket

*Order Denying Defendant's Motion to Reinstate Case Entered on the Docket, signed by Judge Mott in chambers, docketed, efiled and served on 05/12/15. dmp/JAA*

05/12/2015

Order Filed

*Order Denying Defendant's Motion to Reopen for Fraud and Perjury submitted 05/12/2015 13:25. ajm. Signed by Judge Mott on May 12, 2015.*

---

## Financial Information

| | |
|---|---:|
| **Defendant**   Kamau, Diop | |
| Total Financial Assessment | 60.00 |
| Total Payments and Credits | 60.00 |
| **Balance Due as of 10/15/2025** | **0.00** |
| **Plaintiff**   Slate, Gregory Allen | |
| Total Financial Assessment | 240.00 |
| Total Payments and Credits | 240.00 |
| **Balance Due as of 10/15/2025** | **0.00** |