# Exhibit 2

| Case Number | Status | Judge |
|---|---|---|
| 2010 CPO 004129 | Closed | LOPEZ, JOSE M |

| In The Matter Of | Action |
|---|---|
| SLATE, GREGORY  Vs. RASMUS, TYRA | Petition for CPO Filed NIP |

| Party | | Attorneys | |
|---|---|---|---|
| SLATE, GREGORY | PET | PRO SE | |
| RASMUS, TYRA<br>  FERRELL, TYRA | RSPND<br>AKA | CLINTON, TIMOTHY R | |

| Opened | Disposed | Case Type |
|---|---|---|
| 11/23/2010 | Granted-CPO,<br>Order Issued | Civil<br>Protection Order |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr   Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 09/03/15 | COA  Mandate Dismissing Appeal Filed | 0.00 | 0.00 |
| 2 | 05/20/15 | Order Entered on Docket<br><br>Given that the respondent filed the aforementioned Motions after filing her Notice of Appeal, the Court no longer has jurisdiction over the matter. Accordingly, the respondent's Motions are hereby DENIED AS MOOT.<br><br>Signed in Chambers on May 19, 2015. Docketed and mailed from Chambers on May 20, 2015. GM | 0.00 | 0.00 |
| 3 | 05/18/15 | Motion for Release of Court Audio Transcripts Filed<br>Attorney: PRO SE (999999)<br>TYRA RASMUS, TYRA FERRELL (Respondent); | 0.00 | 0.00 |
| 4 | 05/18/15 | Amended Motion to Reconsider CPO Filed<br>Attorney: PRO SE (999999)<br>TYRA RASMUS, TYRA FERRELL (Respondent); | 0.00 | 0.00 |
| 5 | 05/05/15 | Motion to Reconsider CPO Filed<br>Attorney: PRO SE (999999)<br>TYRA RASMUS, AKA  TYRA FERRELL (Respondent); | 0.00 | 0.00 |
| 6 | 05/04/15 | Notice of Appeal Filed  Receipt: 260904   Date: 05/04/2015 | 100.00 | 0.00 |

2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
|   | 04/06/15 | Order Entered on Docket | 0.00 | 0.00 |
|   |   | Since the respondent failed to file her motion in a timely manner, she is precluded from relief as a matter of law. Accordingly, the respondent s Motion to Reopen for Fraud and Perjury is hereby DENIED. | | |
|   |   | Signed in Chambers on April 3, 2015. Docketed and mailed from Chambers on April 6, 2015. GM | | |
| 8 | 03/31/15 | Opposition to Respondent's Motion To Reopen For Fraud And Perjury Filed Attorney: BECHTOL, Ms JANESE M (4491 9) | 0.00 | 0.00 |
| 9 | 03/18/15 | Return of Service Filed- Petitioner was served on 3/9/2015   10:46am by Process Server | 0.00 | 0.00 |
| 10 | 03/1 /15 | Motion to Reopen for Fraud and Perjury Filed. Attorney: PRO SE (999999) TYRA RASMUS  (Respondent); AKA: TYRA FERRELL (Respondent); | 0.00 | 0.00 |
| 11 | 04/09/12 | Order DENYING Respondent's Notice of Litigation Misconduct, filed March 13, 2012.  Signed by Judge Nash in chambers, entered on the docket, and mailed to parties on April 9, 2012. CS | 0.00 | 0.00 |
| 12 | 03/30/12 | Event Resulted: The following event: Hearing on Motion to E tend CPO scheduled for 04/10/2012 at 9:00 am has been resulted as follows: | 0.00 | 0.00 |
|   |   | Result: Vacate Hearing Date - PETITIONER FILED PRAECIPE TO DISMISS MOTION TO E TEND CPO Judge: LOPEZ, JOSE M    Location: Courtroom 113 | | |
| 13 | 03/30/12 | Praecipe - PETITIONER   ITHDRA S HIS MOTION TO E TEND CPO. Attorney: BECHTOL, Ms JANESE M (4491 9) GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 14 | 03/23/12 | SUPPLEMENTAL CERTIFICATE OF SERVICE | 0.00 | 0.00 |
| 15 | 03/20/12 | Notice of Hearing  Order to Appear Filed. | 0.00 | 0.00 |
| 16 | 03/20/12 | Service ALTERNATIVE | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr        Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 03/20/12 | Event Scheduled:<br>Event: Hearing on Motion to E tend CPO<br>Date: 04/10/2012    Time: 9:00 am<br>Judge: LOPEZ, JOSE M    Location: Courtroom 113 | 0.00 | 0.00 |
| 18 | 03/20/12 | Case Transferred To:<br>The judge was changed from NASH, STUART G to LOPEZ, JOSE M | 0.00 | 0.00 |
| 19 | 03/20/12 | Motion to E tend CPO Filed<br>Attorney: BECHTOL, Ms JANESE M (4491 9)<br>GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 20 | 03/13/12 | Notice of Litigation Misconduct<br><br>(E hibits sent to Judge Nash's chambers via pick up by Law Clerk on 3-16-12) | 0.00 | 0.00 |
| 21 | 01/09/12 | Order DENYING  ITHOUT PREJUDICE Respondent's Motion to Adjudicate Criminal Contempt.  Signed by Judge Nash in chambers; entered on the docket; and mailed to parties on January 9, 2012.   CS | 0.00 | 0.00 |
| 22 | 12/2 /11 | Motion for Criminal Contempt Filed<br>Attorney: PRO SE (999999)<br>TYRA RASMUS (Respondent) | 0.00 | 0.00 |
| 23 | 11/08/11 | Motion for Civil Contempt Dismissed<br>The following event: Status Hearing scheduled for 11/08/2011 at 9:00 am has been resulted as follows:<br><br>Result: Motion for Civil Contempt Dismissed<br>Judge: NASH, STUART G    Location: Courtroom 113<br>TYRA RASMUS (Respondent); ; Judge STUART G NASH         REVIE ED BY M. FRAZIER | 0.00 | 0.00 |
| 24 | 10/14/11 | Form Filed: COMMITMENT. | 0.00 | 0.00 |
| 25 | 10/14/11 | Notice To Return | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 26 | 10/14/11 | Motion for Civil Contempt Heard - Granted<br>The following event: Civil Contempt Trial scheduled for 10/14/2011 at 9:00 am has been resulted as follows:<br><br>Result: Motion for Civil Contempt Heard -Granted ; THE RESPONDENT HAS FAILED TO REMOVE ONE  EBSITE CONTENDT RELATING TO PETITIONER. IT IS ORDER THAT THE RESPONDENT PAY  50.00 PER DAY UNTIL SAID ORDER IS COMPLIED  ITH.<br>Judge: NASH, STUART G    Location: Courtroom 113<br>GREGORY SLATE (Petitioner); TYRA RASMUS, TYRA FERRELL (Respondent); ;<br>Judge STUART G NASH         REVIE ED BY M. FRAZIER | 0.00 | 0.00 |
| 2 | 10/14/11 | Event Scheduled:<br>Event: Status Hearing<br>Date: 11/08/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 28 | 10/14/11 | Motion to Vacate CPO- Denied.<br>The following event: Hearing on Motion to Vacate CPO scheduled for 10/14/2011 at 11:00 am has been resulted as follows:<br><br>Result: Motion to Vacate CPO Denied<br>Judge: NASH, STUART G    Location: Courtroom 113<br>GREGORY SLATE (Petitioner); TYRA RASMUS, TYRA FERRELL (Respondent); ;<br>Judge STUART G NASH | 0.00 | 0.00 |
| 29 | 10/14/11 | Event Resulted:<br>The following event: Status Hearing scheduled for 10/28/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 30 | 10/14/11 | Event Scheduled:<br>Event: Status Hearing<br>Date: 10/28/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 31 | 10/14/11 | Event Resulted:<br>The following event: Hearing on Motion to Vacate CPO scheduled for 10/28/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |

2010 CPO 004129    SLATE, GREGORY   Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 32 | 10/14/11 | Event Scheduled:<br>Event: Hearing on Motion to Vacate CPO<br>Date: 10/28/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 33 | 10/14/11 | Event Scheduled:<br>Event: Hearing on Motion to Vacate CPO<br>Date: 10/14/2011    Time: 11:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 34 | 📷 10/14/11 | Motion to Vacate CPO Filed.<br>Attorney: PRO SE (999999)<br>TYRA RASMUS (Respondent); | 0.00 | 0.00 |
| 35 | 09/16/11 | Event Scheduled:<br>Event: Civil Contempt Trial<br>Date: 10/14/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 36 | 09/16/11 | Event Resulted:<br>The following event: Civil Contempt Status Hearing scheduled for 10/14/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 3 | 09/16/11 | Event Scheduled:<br>Event: Civil Contempt Status Hearing<br>Date: 10/14/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 38 | 09/16/11 | Event Resulted:<br>The following event: Criminal Contempt Trial scheduled for 10/14/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 39 | 📷 09/16/11 | Notice To Return<br>TYRA RASMUS (Respondent); | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 40 | 09/16/11 | Status Hearing Held. PETITIONER PRESENT  / ATTY J. BECHTOL. CASE SET FOR CIVIL CONTEMPT TRIAL. RESPONDENT SIGNED NOTICE.<br>The following event: Civil Contempt Status Hearing scheduled for 09/16/2011 at 10:00 am has been resulted as follows:<br><br>Result: CPO Status Hearing Held<br>Judge: NASH, STUART G    Location: Courtroom 113          REVIE ED BY M. FRAZIER | 0.00 | 0.00 |
| 41 | 09/16/11 | Motion for Criminal Contempt- ithdrawn.<br>The following event: Criminal Contempt Arraignment scheduled for 09/16/2011 at 9:30 am has been resulted as follows:<br><br>Result: Criminal Contempt  ithdrawn<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 42 | 09/16/11 | Event Scheduled:<br>Event: Criminal Contempt Trial<br>Date: 10/14/2011    Time: 9:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 43 | 09/16/11 | Event Scheduled:<br>Event: Civil Contempt Status Hearing<br>Date: 09/16/2011    Time: 10:00 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 44 | 09/16/11 | Service - PETITIONER'S ATTORNEY  ILL ARRANGE SERVICE | 0.00 | 0.00 |
| 45 | 09/16/11 | Motion for Civil Contempt Filed<br>Attorney: PRO SE (999999)<br>GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 46 | 08/10/11 | Event Scheduled:<br>Event: Criminal Contempt Arraignment<br>Date: 09/16/2011    Time: 9:30 am<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |
| 4 | 08/10/11 | Event Resulted:<br>The following event: Criminal Contempt Arraignment scheduled for 08/16/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: NASH, STUART G    Location: Courtroom 113 | 0.00 | 0.00 |

```
2010 CPO 004129     SLATE, GREGORY   Vs. RASMUS, TYRA
```

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 48 | 08/10/11 | Order GRANTING Respondent's Consent / Joint Motion to Continue Hearing, signed by Judge Nash in chambers on August 9, 2011, and mailed to parties and entered on the Docket on August 10, 2011.  APB | 0.00 | 0.00 |
| 49 | 08/05/11 | Consent/Joint Motion to Continue Hearing Filed<br>Attorney: BECHTOL, Ms JANESE M (4491 9) | 0.00 | 0.00 |
| 50 | 08/04/11 | Case Transferred To:<br>The judge was changed from SADDLER, FERN LR to NASH, STUART G | 0.00 | 0.00 |
| 51 | 06/10/11 | Event Scheduled:<br>Event: Criminal Contempt Arraignment<br>Date: 08/16/2011   Time: 9:00 am<br>Judge: SADDLER, FERN LR   Location: Courtroom 113 | 0.00 | 0.00 |
| 52 | 06/10/11 | Event Resulted:<br>The following event: Criminal Contempt Arraignment scheduled for 06/13/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: SADDLER, FERN LR   Location: Courtroom 113 | 0.00 | 0.00 |
| 53 | 06/10/11 | Order Entered on Docket.  ORDERED that Respondent's re uest for a continuance is hereby GRANTED.  It is<br>FURTHER ORDERED that the hearing date of June 13, 2011 is hereby VACATED. It is<br>FURTHER ORDERED that all parties shall appear for a criminal contempt arraignment hearing on August 16, 2011 at 9:00 a.m. in courtroom 113.  It is<br>FURTHER ORDERED that Respondent's failure to appear at the August 16, 2011 hearing may result in a bench warrant being issued for her arrest.  Signed in chambers by Judge Fern Flanagan Saddler on June 10, 2011, and copies mailed to parties.  JBP | 0.00 | 0.00 |
| 54 | 06/09/11 | Consent/Joint Motion To Continue Hearing<br>Attorney: PRO SE (999999)<br>TYRA RASMUS (Respondent); | 0.00 | 0.00 |
| 55 | 06/09/11 | Motion for Continuance Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr   Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 56 | 05/23/11 | Motion Hearing Continued: NO SERVICE ON RESPONDENT. CASE CONT'D FOR CONTEMPT ARRAIGNMENT. OAG OFFICE TO ARRANGE SERVICE.<br>The following event: Criminal Contempt Arraignment scheduled for 05/23/2011 at 9:00 am has been resulted as follows:<br><br>Result: Motion Hearing Continued<br>Judge: SADDLER, FERN LR    Location: Courtroom 113       REVIE ED BY M. FRAZIER | 0.00 | 0.00 |
| 5 | 05/23/11 | Notice of Hearing   Order to Appear Filed. | 0.00 | 0.00 |
| 58 | 05/23/11 | Event Scheduled:<br>Event: Criminal Contempt Arraignment<br>Date: 06/13/2011    Time: 9:00 am<br>Judge: SADDLER, FERN LR    Location: Courtroom 113 | 0.00 | 0.00 |
| 59 | 05/10/11 | Event Scheduled:<br>Event: Criminal Contempt Arraignment<br>Date: 05/23/2011    Time: 9:00 am<br>Judge: SADDLER, FERN LR    Location: Courtroom 113 | 0.00 | 0.00 |
| 60 | 05/10/11 | Service- PETITIONER'S ATTORNEY TO SERVE RESPONDENT | 0.00 | 0.00 |
| 61 | 05/10/11 | Notice of Hearing   Order to Appear Filed. | 0.00 | 0.00 |
| 62 | 05/10/11 | Motion for Criminal Contempt Filed<br>Attorney: CONNELL, Ms SARAH C (4 9556)<br>GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 63 | 04/13/11 | Case Transferred To:<br>The judge was changed from JOSEY-HERRING, ANITA to SADDLER, FERN LR | 0.00 | 0.00 |
| 64 | 04/13/11 | The subject is prohibited from possessing, purchasing, receiving a firearm or ammunition. | 0.00 | 0.00 |
| 65 | 04/13/11 | Resp. Not Aslt, Stay Away, No Contact with Petitioner | 0.00 | 0.00 |
| 66 | 04/13/11 | The subject shall not assault, threat, harass, stalk, protected person or his/her children | 0.00 | 0.00 |

Date: 10/15/2025   20:08:5 .1           Docket Sheet                    Page: 9
CRTR5925                                Summary
                        Case 1:25-cv-02748-SLS   Document 9-2   Filed 10/21/25   Page 10 of 16

2010 CPO 004129     SLATE, GREGORY  Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees  Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 6 | 04/13/11 | Resp. Not Aslt, Threaten, Abuse Petitioner | 0.00 | 0.00 |
| 68 | 04/13/11 | CPO Consent  ithout Admissions Entered   Docketed AND DISTRIBUTED TO PARTIES  The following event: Trial -CPO scheduled for 04/13/2011 at 8:30 am has been resulted as follows:  Result: CPO Consent  ithout Admissions Entered   Docketed Judge: SADDLER, FERN LR   Location: Courtroom 113 GREGORY SLATE (Petitioner); TYRA RASMUS (Respondent); ; Judge FERN LR SADDLER          REVIE ED BY M. FRAZIER | 0.00 | 0.00 |
| 69 | 04/13/11 | CPO Granted, Order Issued | 0.00 | 0.00 |
| 0 | 04/04/11 | Event Scheduled: Event: Trial -CPO Date: 04/13/2011    Time: 8:30 am Judge: SADDLER, FERN LR    Location: Courtroom 113 | 0.00 | 0.00 |
| 1 | 04/04/11 | Order Entered on Docket.  ORDERED that Respondent's oral re uest for a continuance is hereby GRANTED.  It is FURTHER ORDERED that a hearing on Petitioner Gregory Slate's Petition For Civil Protection Order (CPO) is hereby scheduled for April 13, 2011 at 9:00 a.m. in courtroom 113.  Signed in chambers by Judge Fern Flanagan Saddler on April 4, 2011, and copies mailed to parties.  JBP | 0.00 | 0.00 |
| 2 | 04/04/11 | Event Resulted: COUNSEL FOR PETITIONER   RESPONDENT PRESENT ONLY. CASE CONT'D FOR CPO TRIAL   RESPONDENT'S RE UEST. B/  RIGHTS RESERVED. The following event: Trial -CPO scheduled for 04/04/2011 at 9:00 am has been resulted as follows:  Result: CPO Hearing Cont Petitioner's Re uest Other Reason Judge: SADDLER, FERN LR    Location: Courtroom 113          REVIE ED BY M. FRAZIER | 0.00 | 0.00 |

Date: 10/15/2025   20:08:5 .1         Docket Sheet                          Page: 10
CRTR5925                                Summary
Case 1:25-cv-02748-SLS   Document 9-2   Filed 10/21/25   Page 11 of 16

2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 3 | 03/11/11 | Order Entered on Docket. ORDERED that Petitioner is no longer ordered to file a response to Respondent's Motion For Partial Dismissal. It is FURTHER ORDERED that Respondent's Motion For Partial Dismissal is hereby DENIED as moot. Signed in chambers by Judge Fern Flanagan Saddler on March 11, 2011, and copies mailed to parties. JBP | 0.00 | 0.00 |
| 4 | 03/10/11 | Event Scheduled:<br>Event: Trial -CPO<br>Date: 04/04/2011   Time: 9:00 am<br>Judge: SADDLER, FERN LR   Location: Courtroom 113 | 0.00 | 0.00 |
| 5 | 03/10/11 | Event Resulted:<br>The following event: Trial -CPO scheduled for 04/14/2011 at 9:00 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: SADDLER, FERN LR   Location: Courtroom 113 | 0.00 | 0.00 |
| 6 | 03/10/11 | Event Scheduled:<br>Event: Trial -CPO<br>Date: 04/14/2011   Time: 9:00 am<br>Judge: SADDLER, FERN LR   Location: Courtroom 113 | 0.00 | 0.00 |
|   | 03/10/11 | Event Resulted:<br>The following event: Trial -CPO scheduled for 04/04/2011 at 9:30 am has been resulted as follows:<br><br>Result: Vacate Hearing Date<br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219 | 0.00 | 0.00 |
| 8 | 03/10/11 | Praecipe<br>Attorney: BECHTOL, Ms JANESE M (4491 9) | 0.00 | 0.00 |
| 9 | 03/10/11 | Order Entered on Docket. ORDERED that Respondent's Motion For Leave To File Discovery Motion Out Of Time is hereby GRANTED. Accordingly, respondent's Motion For Discovery shall be deemed filed and considered by this Court. It is FURTHER ORDERED that Respondent's Motion For Discovery is hereby DENIED as to numbers one through eleven of the Re uests For Production Of Documents. It is FURTHER ORDERED that Respondent's Motion For Discovery is hereby GRANTED, by consent of Petitioner, as to numbers twelve and thirteen of the Re uests For Production Of Documents. Signed in chambers by Judge Fern | 0.00 | 0.00 |

```
2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA
```

|  |  |  |  |  |
|---|---|---|---|---|

| | | Flanagan Saddler on March 10, 2011, and copies mailed to parties. JBP | | |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 80 | 03/09/11 | Order Entered on Docket. ORDERED that counsel for the petitioner shall respond to Respondent's Motion For Partial Dismissal no later than March 28, 2011. Signed in chambers by Judge Fern Flanagan Saddler on March 9, 2011, and copies mailed to parties. JBP | 0.00 | 0.00 |
| 81 | 02/25/11 | Order recusing Judge Josey-Herring and certifying the matter to Judge Saddler. Signed by Judge Josey-Herring and docketed on February 25, 2011. Mailed on February 25, 2011. KG | 0.00 | 0.00 |
| 82 | 02/25/11 | Reply in Support of Respondent's Motion for Discovery | 0.00 | 0.00 |
| 83 | 02/18/11 | Notice of Hearing   Order to Appear Filed. | 0.00 | 0.00 |
| 84 | 02/1 /11 | Return of Service Filed. Respondent was served by Leon County, Florida Sherriff's office on 2/10/11  2:28 pm. | 0.00 | 0.00 |
| 85 | 02/16/11 | Order Granting Joint Motion to Continue the Status Hearing on February 18, 2011. Signed by Judge Josey-Herring and docketed on 2/16/11. Mailed on 2/16/11. KG | 0.00 | 0.00 |
| 86 | 02/16/11 | Event Scheduled:<br>Event: Trial -CPO<br>Date: 04/04/2011   Time: 9:30 am<br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219 | 0.00 | 0.00 |
| 8 | 02/16/11 | Event Resulted:<br>The following event: Status Hearing scheduled for 02/18/2011 at 2:00 pm has been resulted as follows:<br><br>Result: Status Hearing Continued<br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219 | 0.00 | 0.00 |
| 88 | 02/15/11 | Motion To Proceed Informa Pauperis Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 89 | 02/15/11 | Consent/Joint Motion To Continue Hearing filed | 0.00 | 0.00 |

```
2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA
```

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 90 | 02/11/11 | Certificate of Service Filed | 0.00 | 0.00 |
| 91 | 02/09/11 | Respondent's Motion for Discovery | 0.00 | 0.00 |
| 92 | 02/09/11 | Respondent's Motion for Leave to File Discovery Motion Out of Time | 0.00 | 0.00 |
| 93 | 02/09/11 | Respondent's Motion for Partial Dismissal filed | 0.00 | 0.00 |
| 94 | 02/09/11 | Second Amended Complaint Filed | 0.00 | 0.00 |
| 95 | 02/08/11 | Order Granting Petitioner's Motion for Leave for Alternative Service. Signed by Judge Josey-Herring on February , 2011. Docketed and mailed on February 8, 2011. KG | 0.00 | 0.00 |
| 96 | 02/0 /11 | Return of Service Filed--SUBPOENA DUCES TECUM SERVED ON RESPONDENT'S COUNSEL; TIM CLINTON ELECTRONICALLY AND BY FIRST CLASS MAIL. | 0.00 | 0.00 |
| 9 | 01/14/11 | Supplemental Petition Filed GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 98 | 01/14/11 | Motion For Alternative Service Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 99 | 01/14/11 | Event Resulted:<br>The following event: Status Hearing scheduled for 01/14/2011 at 2:30 pm has been resulted as follows:<br><br>Result: Status Hearing Continued Court Smart 219. Plaintiffs Oral Re uest to Continue the Status Hearing, Granted. Status Hearing Continued to 2/18/2011 at 2:00pm.<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 219 | 0.00 | 0.00 |
| 100 | 01/14/11 | Event Scheduled:<br>Event: Status Hearing<br>Date: 02/18/2011    Time: 2:00 pm<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 219 | 0.00 | 0.00 |
| 101 | 01/13/11 | Joint Motion to Continue Trial.<br>Attorney: CLINTON, TIMOTHY R (49 901) | 0.00 | 0.00 |

2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 102 | 01/13/11 | Case Transferred To:<br>The judge was changed from SADDLER,<br>FERN LR to JOSEY-HERRING, ANITA | 0.00 | 0.00 |
| 103 | 01/0 /11 | AFFIDAVIT filed by Respondent | 0.00 | 0.00 |
| 104 | 01/0 /11 | Return of Service Filed- Respondent<br>was not served after the attempt(s) by<br>Leon County Florida Sheriff's<br>Department (Sheriff Larry Campbell) | 0.00 | 0.00 |
| 105 | 12/30/10 | Judge Caseload Transfer-Criminal<br>The judge was changed from RETCHIN,<br>JUDITH E to SADDLER, FERN . | 0.00 | 0.00 |
| 106 | 12/21/10 | Attorney Information<br>Attorney CLINTON, TIMOTHY R<br>representing Respondent RASMUS, TYRA<br>as of 12/21/2010 | 0.00 | 0.00 |
| 10 | 12/21/10 | Return of Service Filed: (CERTIFICATE<br>OF SERVICE) | 0.00 | 0.00 |
| 108 | 12/21/10 | Praecipe to Enter Appearance<br>Attorney: CLINTON, TIMOTHY R (49 901)<br>TYRA RASMUS (Respondent); | 0.00 | 0.00 |
| 109 | 12/1 /10 | Event Scheduled:<br>Event: Status Hearing<br>Date: 01/14/2011    Time: 2:30 pm<br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219 | 0.00 | 0.00 |
| 110 | 12/1 /10 | Event Resulted:<br>The following event: Status Hearing<br>scheduled for 12/1 /2010 at 2:00 pm<br>has been resulted as follows:<br><br>Result: Status Hearing Continued<br>(Courtsmart) Plaintiff's counsel and<br>plaintiff present in court.<br>Defendant's counsel Mr. Clinton<br>present via-telephone.  Attorney<br>Clinton to file Praecipe Entering<br>Appearance for defendant Tyra Rasmus<br>by close of business 12/20/10.  Status<br>Hearing set for 1/14/11 at 2:30 p.m.<br><br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219<br>GREGORY SLATE (Petitioner); ; Ms SARAH<br>CONNELL (Attorney) on behalf of<br>GREGORY SLATE (Petitioner), Mr TIM<br>CLINTON (Attorney) on behalf TYRA<br>RASMUS (Respondent); Judge ANITA<br>JOSEY-HERRING on behalf of Judge<br>JUDITH E RETCHIN | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 111 | 12/1/10 | Notice of Hearing   Order to Appear<br>Filed. | 0.00 | 0.00 |
| 112 | 12/1/10 | Return of Service Filed: CERTIFICATE<br>OF SERVICE<br>Attorney: CONNELL, Ms SARAH C (4 9556) | 0.00 | 0.00 |
| 113 | 12/14/10 | Event Scheduled:<br>Event: Status Hearing<br>Date: 12/1/2010   Time: 2:00 pm<br>Judge: JOSEY-HERRING, ANITA<br>Location: Courtroom 219 | 0.00 | 0.00 |
| 114 | 12/14/10 | Event Resulted:<br>The following event: Trial -CPO<br>scheduled for 12/1/2010 at 8:30 am<br>has been resulted as follows:<br><br>Result: Case Certified<br>Judge: RETCHIN, JUDITH E   Location:<br>Courtroom 113 | 0.00 | 0.00 |
| 115 | 12/14/10 | Order Granting Motion to Certify<br>Entered on the Docket; signed by J.<br>Retchin and copies sent to parties,<br>12/13/10.  SEB | 0.00 | 0.00 |
| 116 | 12/10/10 | MOTION TO CERTIFY CIVIL PROTECTION<br>ORDER CASE TO CIVIL CALENDAR<br>Attorney: BECHTOL, Ms JANESE M (4491 9)<br>Attorney: CONNELL, Ms SARAH C (4 9556)<br>GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 11 | 12/08/10 | Notice of Hearing   Order to Appear<br>Filed. | 0.00 | 0.00 |
| 118 | 12/08/10 | Event Resulted: SERVICE TO BE ARRANGED<br>BY OAG OFFICE. NO TPO.<br>The following event: Trial -CPO<br>scheduled for 12/08/2010 at 8:30 am<br>has been resulted as follows:<br><br>Result: CPO Hearing Continued No<br>Service<br>Judge: RETCHIN, JUDITH E   Location:<br>Courtroom 113            REVIE ED BY M.<br>FRAZIER | 0.00 | 0.00 |
| 119 | 12/08/10 | Event Scheduled:<br>Event: Trial -CPO<br>Date: 12/1/2010   Time: 8:30 am<br>Judge: RETCHIN, JUDITH E   Location:<br>Courtroom 113 | 0.00 | 0.00 |
| 120 | 12/08/10 | Service: RESPONDENT TO BE SERVED IN<br>OPEN-COURT ON 12/08/2010. (COURTROOM<br>113) | 0.00 | 0.00 |

2010 CPO 004129    SLATE, GREGORY  Vs. RASMUS, TYRA

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 121 | 12/08/10 | Amended Petition For Civil Protection Order Filed<br>Attorney: PRO SE (999999)<br>GREGORY SLATE (Petitioner); | 0.00 | 0.00 |
| 122 | 11/23/10 | Event Scheduled:<br>Event: Trial -CPO<br>Date: 12/08/2010    Time: 8:30 am<br>Judge: RETCHIN, JUDITH E    Location: Courtroom 113 | 0.00 | 0.00 |
| 123 | 11/23/10 | Service: PETITIONER TO ARRANGE SERVICE. | 0.00 | 0.00 |
| 124 | 11/23/10 | Temporary Protective Order Not Re uested | 0.00 | 0.00 |
| 125 | 11/23/10 | Notice of Hearing  Order to Appear Filed. | 0.00 | 0.00 |
| 126 | 11/23/10 | Petition For Civil Protection Order Filed<br>GREGORY SLATE (Petitioner);<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |

```
                    Totals By:   Cost
                                               100.00        0.00
                                 Information
                                                 0.00        0.00
                              End of Report
```