# Exhibit 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIOP KAMAU, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY SLATE, *et al.*, <br><br> *Defendants*. | 25-cv-2748 (SLS) |

## DECLARATION OF DONIA POPE

I, Donia Pope, under 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am a Program Analyst with the Tort Liability Division, District of Columbia Office of Risk Management (ORM). The Tort Liability Division receives, processes, and investigates potential claims against the District of Columbia under D.C. Code § 12-309. ORM began receiving notices of potential claims on January 15, 2004.

2. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to ORM and recorded in its claims management system.

3. Receipt of written notice of claims against the District of Columbia is forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims, either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

4. I have conducted a diligent search of the records placed in the Risk Management system in the DC Office of Risk Management. The result of this search has revealed that the Tort

Liability Division of the District of Columbia Office of Risk Management has not received a claims notice from or on behalf of Plaintiff Diop Kamau or Plaintiff Tyra Ferrell, related to any claims set forth in their complaint against the District of Columbia, Janese Bechtol, and Sarah Connell in case number 25-cv-2748 (SLS).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __21__, day of October, 2025.

_Donia Pope_
_____

DONIA POPE
PROGRAM ANALYST
DISTRICT OF COLUMBIA OFFICE OF RISK MANAGEMENT
EXECUTIVE OFFICE OF THE MAYOR
441 FOURTH STREET, NW, SUITE 800S
WASHINGTON, DC 20001