Case 1:25-cv-02748-SLS    Document 12    Filed 10/15/25    Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sarah Barger

was received by me on *(date)* 8/28/2025

☐ I personally served the summons on the individual at *(place)* 1364 Parkwood Place NW, Washington, DC
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Doorstep/ refused to accept , a person of suitable age and discretion who resides there,
on *(date)* 9/3/25 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/3/25

*Server's signature*

DIOP KAMAU and TYRA FERRELL
*Printed name and title*

9217 Hampton Glen Court
Tallahassee, FL 32312

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DIOP KAMAU and TYRA FERRELL,<br><br>*Plaintiff(s)*<br>v.<br>GREGORY SLATE, SARAH CONNELL<br>(a/k/a SARAH JEWELL),<br>JANESE BECHTOL, SARAH BARGER, and<br>DISTRICT OF COLUMBIA,<br><br>*Defendant(s)* | Case: 1:25-cv-02748  JURY DEMAND<br>Assigned To : Sooknanan, Sparkle L.<br>Assign. Date : 8/19/2025<br>Description: Pro Se Gen. Civ. (F-DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sarah Barger
1364 Parkwood Place NW, Washington, DC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DIOP KAMAU and TYRA FERRELL,
Pro Se Plaintiffs
9217 Hampton Glen Court
Tallahassee, FL 32312
Email: Diopkamau@policeabuse.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 0 2025

*Signature of Clerk or Deputy Clerk*