Default - Rule 55A                                                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DIOP KAMAU et al

　　　　　　　Plaintiff(s)

　　v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action: 25-cv-02748-SLS

GREGORY SLATE et

　　　　　　　Defendant(s)

**RE:**　　SARAH BARGER

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 3, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this **28th** day of **October**, **2025** declared that defendant(s) is/are in default.

　　　　　　　　　　　　　　　　　　　　　ANGELA D. CAESAR, Clerk

　　　　　　　　　　　　　　　By:　　/s/ Jiselle Manohar
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk