**Diop Kamau**
9217 Hampton Glen Court
Tallahassee, FL 32312
Tel: (850) 566-7960

RECEIVED
Mailroom

OCT 30 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

**October 25, 2025**

**Clerk of Court**
United States District Court
for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: *Kamau v. District of Columbia et al.*, Case No. **1:25-cv-02748**
Subject: Proofs of Service – Affidavits of Process Server

Dear Clerk,

Enclosed please find four (4) Affidavits of Process Server for filing as Proofs of Service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure. These affidavits document completed service on the following defendants:

1. **District of Columbia** – served on the Mayor via certified mail and through electronic delivery accepted by the Office of the Attorney General at oagserviceofprocess@dc.gov on August 26, 2025.
2. **Assistant Attorney General Sarah Connell (a/k/a Sarah Jewell)** – served August 26, 2025, via the Office of the Attorney General.
3. **Assistant Attorney General Janese Bechtol** – served August 26, 2025, via the Office of the Attorney General.
4. **Office of the Attorney General for the District of Columbia** – served August 26, 2025, via authorized email acceptance.

Please docket each as "Return/Proof of Service Executed."
I have previously consented to receive filings and notices by email so that you may transmit confirmation of docketing electronically.

Thank you for your attention and assistance.

Respectfully submitted,

*/s/ Diop Kamau*

**Diop Kamau**
Plaintiff Pro Se

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Diop Kamau, et al.**

      Plaintiff(s),

vs.

**Gregory Slate, et al.**

      Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312


*342225*

**Case Number: 1:25-cv-02748**

Legal documents received on **08/25/2025** at **6:11 PM** to be served upon **District of Columbia, by serving Mayor of the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **August 26, 2025** at **2:24 PM**, I did the following:

Served **District of Columbia, by serving Mayor of the District of Columbia by delivering a conformed copy of the Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear to Representative of the Office of the Attorney General as Authorized Agent of District of Columbia, by serving Mayor of the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 08-26-2025 at 2:24 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 08-26-25

**Michael Molash**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:342225







## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Diop Kamau, et al.**

    Plaintiff(s),

vs.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*342218*

**Case Number: 1:25-cv-02748**

Legal documents received on **08/25/2025** at **5:11 PM** to be served upon **District of Columbia, by serving Office of the Attorney General at 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **August 26, 2025** at **2:24 PM**, I did the following:

Served **District of Columbia, by serving Office of the Attorney General** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear to Representative of the Office of the Attorney General as Authorized Agent of District of Columbia, by serving Office of the Attorney General at 400 6th St., NW, Washington, DC 20001.**

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 08-26-2025 at 2:24 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 08-26-25

Michael Molash
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:342218



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

Diop Kamau, et al.

    Plaintiff(s),

vs.

Gregory Slate, et al.

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*342219*

**Case Number: 1:25-cv-02748**

Legal documents received on **08/25/2025** at **5:21 PM** to be served upon **Sarah Connell (a/k/a Sarah Jewell)** at **Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **August 26, 2025** at **2:25 PM**, I did the following:

Served **Sarah Connell (a/k/a Sarah Jewell)** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear** to Representative of the Office of the Attorney General as Authorized Agent of Sarah Connell (a/k/a Sarah Jewell) at **Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as 'in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 08-26-2025 at 4:25 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 08-26-25

Michael Molash
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:342219



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Diop Kamau, et al.**

    Plaintiff(s),

vs.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312

*342220*

**Case Number: 1:25-cv-02748**

Legal documents received on 08/25/2025 at 5:22 PM to be served upon **Janese Bechtol at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **August 26, 2025 at 2:25 PM**, I did the following:

Served **Janese Bechtol** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear to Representative of the Office of the Attorney General as Authorized Agent** of **Janese Bechtol at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001.**

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 08-26-2025 at 4:25 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 08-26-25

**Michael Molash**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:342220

