IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIOP KAMAU** and **TYRA FERRELL**, | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| **GREGORY SLATE, SARAH CONNELL** | ) Civil Action No. 1:25-cv-02748 —SLS |
| **(a/k/a SARAH JEWELL),** | ) |
| **JANESE BECHTOL, SARAH BARGER**, and | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| *Defendants.* | ) |

**NOTICE OF FILING OF PROOF OF SERVICE ON DEFENDANT GREGORY SLATE**

Plaintiffs Diop Kamau and Tyra Ferrell, pro se, hereby file notice that service of the Summons and Complaint upon Defendant Gregory Slate has been completed in accordance with this Court's Order authorizing alternative service.

1. On October 22nd 2025, the Court authorized alternative service on Defendant Slate by posting at his residence and by mail.
2. On October 25th 2025, a licensed process server posted copies of the Summons and Complaint on Defendant Slate's front door and also sent copies by first-class mail and by email to Defendant's known address.
3. Defendant Slate subsequently emailed Plaintiff on November 3rd 2025, acknowledging receipt of the Complaint and requesting an extension of time to respond.

Attached hereto are:
- **Exhibit A:** Affidavit of Service executed by [Process Server Name and Company]; and
- **Exhibit B:** Copy of Defendant Slate's email dated [date], confirming receipt of the Complaint and requesting additional time to respond.
- 

Plaintiff respectfully requests that the Clerk enter this proof of service into the record pursuant to Fed. R. Civ. P. 4(l)(1) and Local Civil Rule 5.4.

Respectfully submitted,

**Diop Kamau**

*/s/ Diop Kamau*

*Tyra Ferrell*

**Tyra Ferrell**

9217 Hampton Glen Court
Tallahassee, FL 32312
Email: Diop.Kamau@policeabuse.com
Date: October 30, 2025

CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2025, I caused a true and correct copy of the foregoing complaint with all accompanying exhibits to be served upon the following via U.S. Mail:

1. Sarah Connell

    Assistant Attorney General

    Office of the Attorney General for the District of Columbia

    400 6th Street NW

    Washington, DC 20001


2. Janese Bechtol

    Assistant Attorney General

    Office of the Attorney General for the District of Columbia

    400 6th Street NW

    Washington, DC 20001


3. Gregory Slate 111 Kahako St Apt B

    Address: 111 Kahako St Apt B Kailua Hawaii 96734


4. Sarah Barger

    Address: 97 Retreat Lane, Berkeley Springs, WV


5. District of Columbia

    Office of the Attorney General for the District of Columbia

    400 6th Street NW

Washington, DC 20001

Respectfully submitted,

_____

Diop Kamau

Plaintiff, Pro Se

_____

Tyra Ferrell

Plaintiff, Pro Se

# Exhibit A

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Diop Kamau, et al.**

    Plaintiff(s),

VS.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*345454*

**Case Number: 1:25-cv-02748**

Legal documents received on **10/24/2025** at **1:26 PM** to be served upon **Gregory Slate at 111 Kahako St., #B, Kailua, HI 96734**

I, **Shannon Goo**, swear and affirm that on **October 25, 2025** at **6:03 PM**, I did the following:

**POSTED** the **Motion for Leave to Serve Defendant Gregory Slate by Alternative Means; Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear** by attaching a copy to the front door located at **111 Kahako St., #B, Kailua, HI 96734**. The attempt of service occurred:

| Date/Time | Address | Remarks |
| --- | --- | --- |
| 10/25/2025-6:03 PM | 111 Kahako St., #B, Kailua, HI 96734 | I arrived at the service address. A gray car was parked in the driveway. I proceeded to post the documents by the front door. |

On **10/28/2025**, a copy of the legal documents were mailed to the defendant, via first class mail.

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: _____11/3/2025_____

*(signature)*

**Shannon Goo**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:345454



# Exhibit B

# Diop Kamau

**From:** Gregory A. Slate <greg@gregslate.com>
**Sent:** Monday, November 3, 2025 1:28 PM
**To:** Diop Kamau
**Subject:** Case 1:25-cv-02748-SLS - Motion to Extend Time Deadline to File Response to Complaint

I intend to file a motion requesting a five-week extension of time to respond to the Complaint. The additional time is necessary to seek counsel, evaluate the claims asserted, and prepare an appropriate responsive pleading.

Will you consent to this request?

1

**Extremely Urgent**

```
DIOP KAMAU                                    1 LBS        1 OF 1
8009185760
POLICE ABUSE.COM                                   DWT: 11,9,3
9217 HAMPTON GLEN COURT
TALLAHASSEE  FL 32312

SHIP TO:
    CLERK OF THE COURT
    333 CONSTITUTION AVENUE, NW, ROOM 1
    ROOM 1225
    WASHINGTON DC 20001
```



MD 201 9-83

UPS 2ND DAY AIR                                       2
TRACKING #: 1Z G98 W04 02 1038 0864



BILLING: 3RD PARTY

XOL 25.09.19    NV45 45.0A 11/2025*