UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>GREGORY SLATE, *et al.*,<br><br>      *Defendants*. | 25-cv-2748 (SLS) |

### DEFENDANTS DISTRICT OF COLUMBIA, JANESE BECHTOL, AND SARAH CONNELL'S CONSENT MOTION TO EXTEND THE DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

With Plaintiffs' consent, Defendants District of Columbia (the District), Office of the Attorney General Domestic Violence and Special Victims Section Chief Janese Bechtol, and Assistant Attorney General Sarah Connell (collectively, "District Defendants") respectfully move the Court under Fed. R. Civ. P. 6(b)(1) to extend the time to file their reply in support of their Motion to Dismiss until December 11, 2025.  District Defendants seek an extension because additional time is needed to investigate new factual assertions within Plaintiffs' opposition brief, evaluate how to address these new assertions, draft an appropriate reply brief, and allow for supervisory and client review.  The requested extension also accommodates a complex and time-consuming dispositive motion assigned to undersigned counsel in a separate case, with a filing deadline in early December 2025.  A memorandum of points and authorities in support of this motion and a proposed order are attached.

Date:  November 17, 2025                        Respectfully submitted,

                                                                               BRIAN L. SCHWALB
                                                                               Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ David B. Jastrab*
DAVID B. JASTRAB [1048299]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 309-8882
david.jastrab@dc.gov

*Counsel for District Defendants*

## LCvR 7(m) CERTIFICIATION

This certifies that I contacted Plaintiffs *pro se* on November 13, 2025, seeking consent to the relief sought here. Plaintiffs consent to the requested relief.

> */s/ David B. Jastrab*
> DAVID B. JASTRAB
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I caused a copy of Defendants District of Columbia, Janese Bechtol, and Sarah Connell's Consent Motion to Extend the Deadline to Respond to the Complaint to be served on Plaintiffs *pro se* via mail at the following address:

Diop Kamau and Tyra Ferrell
9217 Hampton Glen Court
Tallahassee, FL 32312

> */s/ David B. Jastrab*
> DAVID B. JASTRAB
> Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY SLATE, *et al.*, <br><br> *Defendants*. | 25-cv-2748 (SLS) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA, JANESE BECHTOL, AND SARAH CONNELL'S CONSENT MOTION TO EXTEND THE DEADLINE FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

With Plaintiffs' consent, Defendants District of Columbia (the District), Office of the Attorney General Domestic Violence and Special Victims Section Chief Janese Bechtol, and Assistant Attorney General Sarah Connell (collectively, "District Defendants") respectfully move the Court under Fed. R. Civ. P. 6(b)(1) to extend the time to file their reply in support of their motion to dismiss until December 11, 2025. Under Fed. R. Civ. P. (6)(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires." The original deadline has not expired, and good cause supports Defendants' motion.

District Defendants received Plaintiff's opposition to their motion to dismiss on November 12, 2025. Although this brief has not been docketed, LCvR 7(d) requires that a reply be filed "[w]ithin seven days after *service* of the memorandum in opposition," (emphasis added), and so District Defendants understand their reply to be due on November 19, 2025.

District Defendants request a 22-day extension because additional time is needed to

investigate new factual assertions within Plaintiffs' opposition brief, evaluate how to address the new assertions, draft an appropriate reply brief, and allow for supervisory and client review. The requested extension also accommodates a complex and time-consuming dispositive motion assigned to undersigned counsel in a separate case pending in the Superior Court of the District of Columbia, with a filing deadline in early December 2025.

This is District Defendants' first request for an extension of their reply deadline. Granting this motion would not affect any other deadlines and no party will be prejudiced, as Plaintiffs consent to the relief sought and the only other pending deadline at this time is Defendant Slate's December 9, 2025 deadline to respond to the complaint, which the requested extension would not affect.

For these reasons, District Defendants respectfully request that the Court grant this motion.

Date: November 17, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

/s/ *David B. Jastrab*
DAVID B. JASTRAB [1048299]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 309-8882
david.jastrab@dc.gov

*Counsel for District Defendants*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GREGORY SLATE, *et al.*,<br><br>　　　　*Defendants*. | 25-cv-2748 (SLS) |

## ORDER

Upon consideration of District Defendants' Consent Motion to Extend the Deadline to File Their Reply in Support of Their Motion to Dismiss, the memorandum of points and authorities in support thereof, good cause shown, and the entire record, it is this _____ day of _____ 2025, hereby

**ORDERED** that District Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that District Defendants shall file their reply in support of their Motion to Dismiss no later than December 11, 2025.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SPARKLE L. SOOKNANAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Diop Kamau
Tyra Ferrell
9217 Hampton Glen Court
Tallahassee, FL 32312
*Plaintiffs pro se*

David B. Jastrab
Assistant Attorney General
*Counsel for District Defendants*