# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Diop Kamau, et al.

    Plaintiff(s),

vs.

Gregory Slate, et al.

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312

*346760*

**Case Number: 1:25-cv-02748** —SLS

Legal documents received on **11/15/2025** at **8:24 AM** to be served upon **Janese Bechtol at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **November 17, 2025** at **9:14 AM**, I did the following:

Served **Janese Bechtol** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear** to David B. Jastrab as Assistant Attorney General, Civil Litigation Division, Section V & Authorized Agent of Janese Bechtol at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001.

**Supplemental Data Appropriate to this Service:** Mr. Jastrab accepted service via electronic mail by the email address of: David.Jastrab@dc.gov as "in hand" delivery is not possible at this time. Mr. Jastrab acknowledged receipt of the email I had sent with the court documents on 11-17-2025 at 9:14 am.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 11/17/25

Michael Molash
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:346760



RECEIVED
Mailroom
NOV 24 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Diop Kamau, et al.**

    Plaintiff(s),

vs.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*346759*

**Case Number: 1:25-cv-02748**

Legal documents received on **11/15/2025** at **8:23 AM** to be served upon **Sarah Connell (a/k/a Sarah Jewell) at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **November 17, 2025** at **9:14 AM**, I did the following:

Served **Sarah Connell (a/k/a Sarah Jewell)** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Blank); Complaint for Damages and Injunctive Relief Under the Racketeer Influenced and Corrupt Organizations Act (Rico), 42 U.S.C. 1983, and District of Columbia Law; Exhibits; Petitioner's Motion to Extend Civil Protection Order; Notice of Hearing and Order to Appear to David B. Jastrab as Assistant Attorney General, Civil Litigation Division, Section V & Authorized Agent of Sarah Connell (a/k/a Sarah Jewell) at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001.**

**Supplemental Data Appropriate to this Service:** Mr. Jastrab accepted service via electronic mail by the email address of: David.Jastrab@dc.gov as "in hand" delivery is not possible at this time. Mr. Jastrab acknowledged receipt of the email I had sent with the court documents on 11-17-2025 at 9:14 am.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 11/17/25

**Michael Molash**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:346759



RECEIVED
Mailroom
NOV 24 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia