UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIOP KAMAU, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREGORY SLATE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-2748 (SLS)<br>Judge Sparkle L. Sooknanan |

## ORDER

This matter is before the Court on the Motion to Dismiss by Defendant Gregory Slate. ECF No. 28. The Plaintiffs, Diop Kamau and Tyra Ferrell, who are proceeding pro se, are advised of the following:

Before the Court rules on the Defendant's Motion to Dismiss you are entitled to file a memorandum and supporting material in response. Under this Court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within fourteen days of the date of service of the motion or "at such other time as the Court may direct." Local Civ. R. 7(b). Here, the Court directs that your response must be filed by **January 19, 2026**.

If you fail to respond to the Defendant's Motion in the time provided, the Court may (1) treat the Motion as conceded, *id.*; (2) rule on the Motion based on the Defendant's arguments alone and without considering your arguments; or (3) dismiss your claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990). Further, if you oppose the Motion but address only some of the Defendant's arguments, the Court may treat the arguments that you failed to address as conceded. *See Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F. Supp. 3d 61, 72 (D.D.C. 2017); *Hopkins v. Women's Div., Gen. Bd. of*

*Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded."), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004).

Accordingly, the Court directs you to file a brief in opposition to Defendant Gregory Slates's Motion to Dismiss, ECF No. 28, by **January 19, 2026**. If you do not file a response to the Motion within the time provided, the Court may treat the Motion as conceded, rule on the Motion based on the Defendant's arguments alone without considering any arguments that you may later wish to raise, or dismiss your claims for failure to prosecute.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   December 17, 2025